

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROSA RAMIREZ,       §      No. 08-18-00138-CV

     Appellant,     §       Appeal from the

v.           §      383rd District Court

RAFAEL CARREON,     §     of El Paso County, Texas

     Appellee.     §      (TC# 2010AG5715)

§

**O R D E R**

Pending before the Court is the Appellant's first motion for extension of time to complete mediation. The Court GRANTS the request to extend the deadline to complete mediation until February 15, 2019. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of August 14, 2018.

IT IS SO ORDERED this 5th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.